Women's Catholic Order of Foresters, v. Helen Domke, appellee. Anna Quaiver et al., appellants. Gen. No. 24,963.

Bill of interpleader to determine rights of claimants under beneficiary certificate. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in this court at

the March term, 1919. Reversed and remanded with directions. Opinion filed June 16, 1919. Rehearing denied June 30, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Thurman, Hume & Kennedy, for appellants. Richards, Voigt & Darby, for appellee.

Mr. Justice Holdom delivered the opinion of the court.